JOHN A. STIRNWEIS, Respondent, *v.* CHARLES CACIOPPO, Appellant.

(Submitted February 15, 1932; decided March 3, 1932.)

*Per Curiam.* The plaintiff asks for a reargument upon the ground that the street closing act of 1895 (Laws of 1895, ch. 1006) applies only to public highways and not to private roads (*Matter of Wallace Ave.*, 222 N. Y. 139).

Nothing to the contrary was intimated in the opinion of the court.

We said in that opinion (258 N. Y. 68, 71): " Fresh Pond road was shown on this [*i. e.*, the Drube] map, and became a highway by dedication, or so the record fairly indicates."

If the fact was to the contrary, the plaintiff should have proved it.

The motion should be denied, with ten dollars costs and necessary printing disbursements.

In the Matter of the Probate of the Will of CATHERINE SCHILLINGER, Deceased.

GEORGE HETZER, as Executor, et al., Respondents; EDWARD J. SCHILLINGER et al., Appellants.

(Submitted February 15, 1932; decided March 3, 1932.)

This court directed a judgment in accordance with the stipulation and the stipulation must determine the form of any judgment to be entered in the court below.

Motion denied.